x:\tc51666\appear

WDJ/ls
File No.: TC-51666

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X
VIVIANA VERGARA AND VERTER VERGARA,

                    Plaintiffs,

      -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW
EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVIVCES CO., MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., R Y
MANAGEMENT CO., INC., RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC., VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK,
INC, VERIZON PROPERTIES, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, WFP TOWER B.
CO., L.P., WFP TOWER D CO. G.P. CORP., WFP

NOTICE OF
APPEARANCE

06 CV 15116

TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I
G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL,

                    Defendants.
-----------------------------------------------------------------------X

COUNSELORS:

      PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 12, 2007

                                          _____
                                          WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                          BARRY, McTIERNAN & MOORE
                                          Attorneys for Defendants
                                          STRUCTURE TONE, INC. s/h/a
                                          STRUCTURE TONE (UK), INC. and
                                          STRUCTURE TONE GLOBAL SERVICES, INC.
                                          2 Rector Street – 14th Floor
                                          New York, New York 10006
                                          (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700