UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER      :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
:
------------------------------------------------------------------X
VIVIANA VERGARA (AND HUSBAND,      :   06-CV-15116-AKH
VERTER VERGARA),                                   :
:
                   Plaintiff,              :   **APPEARANCE**
:
  - against -                                   :
:
ALAN KASMAN DBA KASCO, *et al.*,      :   **ELECTRONICALLY FILED**
:
                 Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                     By:    /s/ Judith R. Cohen
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501
                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.