William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

─────────────────────────────────X

VIVIANA VERGARA (AND HUSBAND,
VERTER VERGARA)

                                           **NOTICE OF THE**
                                           **BROOKFIELD**
             V.                            **PARTIES' ADOPTION**
                                           **OF AMENDED ANSWER**
                                           **TO MASTER**
                                           **COMPLAINT**

ALAN KASMAN DBA KASCO, ET. AL.,
                                           CASE NUMBER: (AKH)
                                           06 CV 15116
─────────────────────────────────X

   PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

   WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October __18__ 2007

                            Faust, Goetz, Schenker & Blee, LLP

                            By: William J. Smith (WJS 9137)
                            Attorneys for the Brookfield Parties
                            Two Rector Street, 20th Floor
                            New York, NY 10006
                            (212) 363-6900